Filed
11/20/2015 11:04:24 AM
Esther Degollado
District Clerk
Webb District
Ana Hernandez
2014CV7001705D2

NO. **2014-CV-7001705-D2**

| | | |
|---|---|---|
| **NORTHTOWN DEVELOPMENT, INC.** | § | **IN THE DISTRICT COURT** |
| **And GATEWAY CENTENNIAL** | § | FILED IN<br>4th COURT OF APPEALS |
| **DEVELOPMENT, CO. (Successors-in-** | § | SAN ANTONIO, TEXAS |
| **Interest to Trautmann Investment** | § | 11/20/2015 3:08:34 PM |
| **Properties, Ltd.),** | § | KEITH E. HOTTLE |
| *Plaintiffs* | § | Clerk |
| | § | |
| **V.** | § | **111TH JUDICIAL DISTRICT** |
| | § | |
| **CIT YOF LAREDO,** | § | |
| *Defendant* | § | **WEBB COUNTY, TEXAS** |

## NOTICE OF INTERLOCUTORY APPEAL

MAY IT PLEASE THE COURT:

NOW COMES DEFENDANT CITY OF LAREDO and files this Notice of Appeal from the trial court's Order dated November 12, 2015, pursuant to Tex. Civ. Prac. & Rem. Code §51.014(a)(8) and would respectfully show the Court the following:

Defendant hereby appeals this Court's denying of Defendant's plea to the jurisdiction as detailed in the 111th Judicial District's order signed on November 12, 2015 (Exhibit A) to the Fourth Court of Appeals, San Antonio, Texas. This notice was filed prior to the deadline for filing this Notice of Appeal, which is twenty (20) days from the date the trial court signed the challenged order.

Pursuant to Tex. Civ. Prac. & Rem Code §51.014(b), this interlocutory appeal stays the commencement of trial in this case and all other proceedings. The City's plea was filed pursuant to the court's scheduling order.

SIGNED this 20th day of November, 2015.

Respectfully Submitted,

LAW OFFICES OF RYAN HENRY, PLLC
1380 Pantheon Way, Suite 110
San Antonio, Texas 78232
(210) 257-6357
(210) 569-6494 (Facsimile)
Ryan.Henry@RSHlawfirm.com
Artin.DerOhanian@RSHlawfirm.com

By:    _____
RYAN S. HENRY
State Bar No. 24007347
ARTIN T. DEROHANIAN
State Bar No. 24095346
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served upon the below named individual(s) in accordance with the Texas Rules of Civil Procedures in the manner(s) listed below on this 20th day of November, 2015.

Albert M. Gutierrez
Kelly Canales Feicht
Law Offices of Albert M. Gutierrez, P.C.
7718 Broadway
San Antonio, Texas 78209
*Attorneys for Plaintiffs*
*Northtown Development Inc. &*
*Gateway Centennial Development Co.*

*Sent Via Email: agutierrez@lawamg.com*
           *kfeicht@lawamg.com*

_____
RYAN S. HENRY
ARTIN T. DEROHANIAN

Filed
11/20/2015 11:04:24 AM
Esther Degollado
District Clerk
Webb District
Ana Hernandez
2014CV7001705D2

CAUSE NO. <u>2014-CV-7001705-D2</u>

| | | |
|---|---|---|
| NOTHTOWN DEVELOPMENT, INC And GATEWAY CENTENNIAL DEVELOPMENT CO. (Successors-in-interest to Trautmann Investment Properties, Ltd.) <br> *Plaintiffs* | § <br> § <br> § <br> § <br> § <br> § <br> § | IN THE DISTRICT COURT |
| V | § <br> § | 111TH JUDICIAL DISTRICT |
| CITY OF LAREDO TEXAS <br> *Defendant* | § <br> § <br> § | WEBB COUNTY, TEXAS |

## ORDER DENYING DEFENDANT'S PLEA TO THE JURISDICTION

ON THIS DAY came to be heard the Plea to the Jurisdiction filed by the City of Laredo, Texas, named Defendant. After considering the motion, the pleadings on file, the evidence on file, and the arguments of counsel, this court is of the opinion that such motion should, in all things, be DENIED.

IT IS HEREBY ORDERED that Defendant's Plea to the Jurisdiction is DENIED.

<u>SIGNED November 12, 2015</u>

HONORABLE JUDGE MONICA NOTZON
PRESIDING JUDGE

Agreed as to form:

Agreed

EXHIBIT
A